```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   22-MJ-2176-RA-1
     -against-                       :   ORDER
                                     :
Saul Medina-Baez                     :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition:

1. Mental health evaluation/treatment as directed.

Dated: August 23, 2022
New York, New York

SO ORDERED:

_____
Sarah Netburn
United States Magistrate Judge